# APPEARANCE FORM FOR PRO SE LITIGANTS
## DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

Information entered on this form is required for any person filing a case in this court as a pro se party (that is, without an attorney).

NAME: Phillander Bryant
(Please print)

STREET ADDRESS: 4347 W Jackson Blvd

CITY/STATE/ZIP: Chicago IL 60624

PHONE NUMBER: 773-378-6175

CASE NUMBER: 08CV4559
JUDGE LEFKOW
MAGISTRATE JUDGE NOLAN

Signature: Phillander Bryant

Date: 8-12-08

FILED
AUG 12 2008 TC
Aug 12, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT