UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Plaintiff(s) **Phillander Bryant**

V.

Defendant(s) **United Parcel Service**

08CV4559
JUDGE LEFKOW
MAGISTRATE JUDGE NOLAN

## MOTION FOR APPOINTMENT OF COUNSEL

1. I, **Phillander Bryant**, declare that I am the (check appropriate box) [✓] plaintiff [ ] defendant in the above-entitled proceeding and state that I am unable to afford the services of an attorney, and hereby request the Court to appoint counsel to represent me in this proceeding.

2. In support of my motion, I declare that I have made the following attempts to retain counsel to represent me in this proceeding:

FILED
AUG 1 2 2008 TC
Aug 12, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

3. In further support of my motion, I declare that (check appropriate box):

   [✓] I am not currently, nor previously have been, represented by an attorney appointed by the Court in this or any other civil or criminal proceeding before this Court.

   [ ] I am currently, or previously have been, represented by an attorney appointed by the Court in the proceeding(s) described on the back of this page.

4. In further support of my motion, I declare that (check appropriate box):

   [✓] I have attached an original Application for Leave to Proceed *In Forma Pauperis* in the proceeding detailing my financial status.

   [ ] I have previously filed an Application for Leave to Proceed *In Forma Pauperis* in this proceeding, and it is a true and correct representation of my financial status.

   [ ] I have previously filed an Application for Leave to Proceed *In Forma Pauperis* in this proceeding. However, my financial status has changed and I have attached an Amended Application to Proceed *In Forma Pauperis* to reflect my current financial status.

   I declare under penalty that the foregoing is true and correct.

   _Phillander Bryant_                    _4347 W Jackson Blvd_
   Movant's Signature                     Street Address

   _8-12-08_                              _Chicago IL 60624_
   Date                                   City, State, ZIP

As indicated in paragraph three on the preceding page, I am currently, or previously have been, represented by an attorney appointed by this Court in the civil or criminal actions listed below.

Assigned Judge: _____ Case Number: _____

Case Title: _____

Appointed Attorney's Name: _____

If this case is still pending, please check box ☐

Assigned Judge: _____ Case Number: _____

Case Title: _____

Appointed Attorney's Name: _____

If this case is still pending, please check box ☐

Assigned Judge: _____ Case Number: _____

Case Title: _____

Appointed Attorney's Name: _____

If this case is still pending, please check box ☐

Assigned Judge: _____ Case Number: _____

Case Title: _____

Appointed Attorney's Name: _____

If this case is still pending, please check box ☐